NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov

*Representing the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-345-RFB-GWF |
| Plaintiff, | **Stipulation to Continue Oral Argument Hearing on Motion to Dismiss** |
| vs. | (First Request) |
| ADALBERTO ROQUE, | |
| Defendant. | |

The government and defendant Aldaberto Roque, through his counsel RENE L. VALLADARES, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, hereby agree and stipulate that the hearing set for oral argument on the Defendant's motion to dismiss, currently set for April 9, 2019, at 3:00 p.m. be continued to either April 15 or the afternoon of April 16, 2019, at a time convenient to this Court for the following reasons:

1. The government needs additional time to prepare for oral argument. AUSA Nancy Olson will be assisting AUSA Kimberly M. Frayn in arguing the issues. She is out of

the district from April 9, 2019, until Monday, April 15, 2019, and will be unable to appear at the currently scheduled hearing date. The requested continuance will allow for continuity of counsel and is made in furtherance of judicial economy. Denial of the request may result in a miscarriage of justice.

2. The Defendant is incarcerated. The defense counsel does not oppose this brief continuance. The brief delay will not be unduly prejudicial to the defense.

3. The brief three business day continuance will not delay the trial, which is presently set for May 20, 2019.

4. It is respectfully requested that the oral argument on the Defendant's motion to dismiss, currently set for April 9, 2019, at 3:00 p.m. be continued to either April 15 or the afternoon of April 16, 2019, at a time convenient to this Court. This is the first request to continue this motion hearing.

Dated this the 4th day of April, 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney | /s/ *Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-345-RFB-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| ADALBERTO ROQUE, | |
| Defendant. | |

## FINDING OF FACTS

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. The government needs additional time to prepare for oral argument. AUSA Nancy Olson will be assisting AUSA Kimberly M. Frayn in arguing the issues. She is out of the district from April 9, 2019, until Monday, April 15, 2019, and will be unable to appear at the currently scheduled hearing date. The requested continuance will allow for continuity of counsel and is made in furtherance of judicial economy. Denial of the request may result in a miscarriage of justice.

2. The Defendant is incarcerated. The defense counsel does not oppose this brief continuance. The brief delay will not be unduly prejudicial to the defense.

3. The brief three-business day continuance will not delay the trial, which is presently set for May 20, 2019.

4.     It is respectfully requested that the oral argument on the Defendant's motion to dismiss, currently set for April 9, 2019, at 3:00 p.m. be continued to either April 15 or the afternoon of April 16, 2019, at a time convenient to this Court. This is the first request to continue this motion hearing.

**ORDER**

IT IS THEREFORE ORDERED that the hearing currently set for April 9, 2019, at 3:00 p.m. be continued to the <u>24th</u> day of April, 2019, at the hour of <u>10:00 AM</u>

DATED this <u>4th</u> day of <u>April</u>, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE