NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336 / Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-345-RFB-GWF |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| ALDABERTO ROQUE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of the Court to dismiss without prejudice the Indictment against Defendant Aldaberto Roque filed on October 31, 2018, in the above-captioned case. The matter is currently set for trial on August 19, 2019.

Respectfully submitted this 5th day of June, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALDABERTO ROQUE, <br><br> Defendant. | Case No. 2:18-cr-345-RFB-GWF <br><br> **[Proposed] Order Dismissing the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses without prejudice the Indictment against Defendant Aldaberto Roque filed on October 31, 2018, in the above-captioned case.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is hereby granted for the filing of the above dismissal without prejudice of the Indictment in the above-captioned case under Rule 48(a).

DATED this 11th day of June, 2019.

HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that on June 5, 2019, I electronically served on Counsel of Record the above **Motion to Dismiss the Indictment Without Prejudice** by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney
